Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| RANDY SUE ROBINOVITCH, | ) | CASE NO. #2: 19-13838-EPB |
| | ) | |
| | ) | TRUSTEE'S EVALUATION AND |
| | ) | RECOMMENDATION(S) REPORT WITH |
| | ) | NOTICE OF POTENTIAL DISMISSAL IF |
| | ) | CONDITIONS ARE NOT SATISFIED |
| | ) | RE: MODIFIED CHAPTER 13 PLAN |
| (Debtor(s) | ) | *Docket #28    filed July 1, 2021* |

Edward J. Maney, Trustee, has analyzed the Debtor's Modified Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

1.  The Modified Plan proposes the following changes in the confirmed plan:

    a. A waiver of three (3) plan payments is included.
    b. Plan payments resume July 2021 (month 21) at $2,426 per month.
    c. Plan duration is extended to 84 months.
    d. The amount listed to be paid to Santander Consumer (2018 Jeep) in *increased* from the amount in the Order Confirming and above their proof of claim.

2.  The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs from each employer for verification of income and deductions.

3.  Even considering Debtor's Motion, plan payments are currently delinquent $2,426 with a payment of $2,426 coming due August 29, 2021.

4.  The Trustee requires an explanation for the increase of the amount to be paid to Santander above the amount listed Order Confirming Plan dated April 29, 2020 and even greater than the creditor's proof of claim.

5. The Trustee requires the debtor turnover her 2019 *net tax refunds*, in the amount of $3,254, per the Courts Order of April 29, 2020.

6. The Trustee requires the debtor provide justification for the debtor's request for a 3-month waiver of plan payments and documentation of any unexpected expenses for that he may point to as responsible for his inability to pay.

In summary, the Modified Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval. ***The Trustee requires that any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any***. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee an estimated 100% of unsecured claims, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement will be met given debtor's scheduled equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to respond to items #2, #3, #4, #5, #6 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

            EDWARD J. MANEY,
            CHAPTER 13 TRUSTEE

By: _____
   Edward J. Maney ABN 12256
   CHAPTER 13 TRUSTEE
   101 North First Ave., Suite 1775
   Phoenix, Arizona 85003
   (602) 277-3776
   ejm@maney13trustee.com

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Randy Sue Robinovitch
18563 North 94th Street
Scottsdale, Arizona 85255
Debtor

Thomas A. McAvity, Esq.
4131 Main Street
Skokie, IL 60076-2780
Debtor's counsel

By:_____
Trustee's Clerk