THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RANDY SUE ROBINOVITCH,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 2:19-BK-13838-EPB<br><br>**AMENDED STIPULATED ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN** |

This Amended Stipulated Order is provided only for the purpose of removing the requirement for the turnover of tax refunds.

**IT IS ORDERED** correcting paragraph (2) Other Property in the Stipulated Order Confirming Modified Plan Chapter 13 Plan as follows:

(2) Other Property. Debtor shall not be required to turnover net tax refunds for 2019 through 2023. In the event that other property is submitted, it shall be treated as supplemental payments.

All other provision shall remain in effect as per the Stipulated Order Confirming Modified Plan signed on September 7, 2021.

- 1 -

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

_____
RANDY SUE ROBINOVITCH, Debtor

- 2 -